IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNE WEST,<br><br>                 Plaintiff,<br><br>v.<br><br>HEYDAY WELLNESS LLC<br><br>                 Defendant. | Case No. 3:20-cv-01344-JCH |

## STIPULATION FOR DISMISSAL

Plaintiff, Anne West, and Defendant, Heyday Wellness, LLC, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 13, 2020

| | |
|---|---|
| BLOCK & LEVITON LLP | GIBBONS P.C. |
| By:  /s/ Stephen J. Teti | By:  /s/ Howard D. Geneslaw |
| Stephen J. Teti (ct28885) | Howard D. Geneslaw |
| steti@blockleviton.com | hgeneslaw@gibbonslaw.com |
| 260 Franklin Street, Suite 1860 | One Gateway Center |
| Boston, Massachusetts 02110 | Newark, New Jersey 07102 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on the 13th day of November, 2020, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

*/s/ Stephen J. Teti*
Stephen J. Teti
